UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

**RABINOWITZ, LUBETKIN & TULLY, LLC**

293 Eisenhower Parkway, Suite 100
Livingston, New Jersey 07039
(973) 597-9100
Jay L. Lubetkin, Chapter 7 Trustee

Order Filed on December 18, 2018 by Clerk, U.S. Bankruptcy Court - District of New Jersey

In re:

ADELINO SILVA-FERREIRA,

Debtor.

Case No.: 18-19840 (SLM)

Judge: Hon. Stacey L. Meisel

Chapter: 7

Recommended Local Form: ☒ Followed ☐ Modified

## ORDER OF DISMISSAL

The relief set forth on the following page is hereby **ORDERED**.

**DATED: December 18, 2018**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

1

In re: Adelino Silva-Ferreira

Case No.: 18-19840 (SLM)

Upon the motion of ___Jay L. Lubetkin, Chapter 7 Trustee___ and for good cause shown, it is

ORDERED that this case is dismissed and any discharge that was granted is vacated. All outstanding fees to the Court are due and owing and must be paid within 5 days of the date of this Order.

Pursuant to Fed. R. Bankr. P. 2002(f), the Clerk shall notify all parties in interest of this entry of this Order.

F:\Client_Files\A-M\JLL-CH 7 PANEL TRUSTEE\Silva-Ferreira\Dismiss - Order.doc

United States Bankruptcy Court
District of New Jersey

In re:  
Adelino Silva-Ferreira  
    Debtor

Case No. 18-19840-SLM  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Dec 19, 2018  
                      Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 21, 2018.  
db        +Adelino Silva-Ferreira,   81 Chestnut Street,   Livingston, NJ 07039-5514

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 21, 2018    Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 19, 2018 at the address(es) listed below:

        Avram D White   on behalf of Debtor Adelino  Silva-Ferreira clistbk3@gmail.com, adwlawoffice1@gmail.com;crismateo02@gmail.com;lawworkmorris31@gmail.com;whitear82230@notify.bestcase.com  
        Charles G. Wohlrab   on behalf of Creditor   THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE (CWALT 2006-17T1) cwohlrab@logs.com, njbankruptcynotifications@logs.com  
        Denise E. Carlon   on behalf of Creditor   THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE (CWALT 2006-17T1) dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Jay L. Lubetkin    jlubetkin@rltlawfirm.com, NJ57@ecfcbis.com,lvala@rltlawfirm.com,rgaydos@rltlawfirm.com  
        Jay L. Lubetkin   on behalf of Trustee Jay L. Lubetkin jlubetkin@rltlawfirm.com, NJ57@ecfcbis.com,lvala@rltlawfirm.com,rgaydos@rltlawfirm.com  
        Jenelle C Arnold   on behalf of Creditor   THE BANK OF NEW YORK bkecfinbox@aldridgepite.com, jarnold@ecf.courtdrive.com  
        Rebecca Ann Solarz   on behalf of Creditor   THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE (CWALT 2006-17T1) rsolarz@kmllawgroup.com  
        U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov  
                                        TOTAL: 8